**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      25 CR 636

      Judge Georgia N. Alexakis

MARIMAR MARTINEZ,

      Defendant.

**NOTICE OF MOTION**

To:    All counsel and parties of record on the Clerk's CM/ECF system for this matter.

**Please Take Notice** that on the 23rd day of October 2025 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Georgia N. Alexakis at 219 South Dearborn, Chicago, Illinois, and present Ms. Martinez's **Motion for a Prompt Hearing Regarding The Destruction of Evidence**. A copy of said motion is herewith served upon you.

      Respectfully Submitted,

      /s/ Christopher V. Parente
      Christopher V. Parente

**Cheronis & Parente**
140 South Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644
cparente@cheronislaw.com