



DEFENDANT'S EXHIBIT 3

Text message: "I have a MOF amendment to add to my story. I fired 5 rounds and she had 7 holes. Put that in your book boys." 4:05 PM

FBIMAIN_002-000714







FBIMAIN_002-000817