**From:** EXUM, CHARLES T <CHARLES.T.EXUM░░░░░░░>
**Sent:** Thursday, October 16, 2025 11:55 PM
**To:** CMB-MGT <CMB-MGT░░░░░░░>
**Cc:** ERSKINE, FREDERICK L <FREDERICK.L.ERSKINE░░░░░░░>
**Subject:** M55404

Do not use M55404 until further notice. Leave it as is in the garage. The keys to it are on my desk. I was contacted by FBI Agent Matt Ngal this evening about it. The defense attorney in the shooting case is wanting M55404 held as evidence and the judge signed off on it. The FBI will be reaching out in the next few days about having it hauled to a secure FBI facility and held as evidence. The FBI has also requested the reasoning behind why the scuff marks were buffed off the Tahoe from Chicago. The defense attorney will be asking so they want to have an answer ready. They want to know the chain of command of how and why the decision was made.

This and any further emails about the incident will be preserved as evidence in the case. Thanks.

**CHARLIE EXUM**
**SUPERVISORY BORDER PATROL AGENT**
**DEPUTY COMMANDER HLT / MRT**
**U.S. BORDER PATROL**
**CALAIS, MAINE**
**OFFICE:** 
**CELL:**





GOVERNMENT EXHIBIT 1A

FBIMAIN_004-000027

**From:** KELLENBERGER, KEVIN J <KEVIN.J.KELLENBERGER                >
**Sent:** Friday, October 17, 2025 5:59 AM
**To:** EXUM, CHARLES T <CHARLES.T.EXUM@           >; CMB-MGT <CMB-MGT             >
**Cc:** ERSKINE, FREDERICK L <FREDERICK.L.ERSKINE            />
**Subject:** RE: M55404

Charlie,

You can tell them that I said that Mr. Erskine could start to work on the vehicle because I thought that all the necessary pictures and evidence was taken in Chicago during the initial investigation. Additionally, if they needed it as evidence I did not think they would have released it from the investigation, had you drive three days all the way back to Maine, possibly destroying some of that evidence along the way if they still needed it. Please tell them to contact me if they need a statement. Thank you,

RESPECTFULLY,

GOVERNMENT
EXHIBIT
1B

FBIMAIN_004-000026

**Kevin Kellenberger**
Deputy Patrol Agent In Charge
U.S. Border Patrol
Houlton Sector | Calais Station



**From:** EXUM, CHARLES T <CHARLES.T.EXUM
**Sent:** Thursday, October 16, 2025 11:55 PM
**To:** CMB-MGT <CMB-MGT
**Cc:** ERSKINE, FREDERICK L <FREDERICK.L.ERSKINE
**Subject:** M55404

Do not use M55404 until further notice. Leave it as is in the garage. The keys to it are on my desk. I was contacted by FBI Agent Matt Ngal this evening about it. The defense attorney in the shooting case is wanting M55404 held as evidence and the judge signed off on it. The FBI will be reaching out in the next few days about having it hauled to a secure FBI facility and held as evidence. The FBI has also requested the reasoning behind why the scuff marks were buffed off the Tahoe from Chicago. The defense attorney will be asking so they want to have an answer ready. They want to know the chain of command of how and why the decision was made.

This and any further emails about the incident will be preserved as evidence in the case. Thanks.

**Charlie Exum**
**Supervisory Border Patrol Agent**
**Deputy Commander HLT / MRT**
**U.S. Border Patrol**
**Calais, Maine**
**OFFICE:**
**CELL:**

