IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | District Court Case No. 25 CR 636 |
| | ) | Appeal Case No. |
| MARIMAR MARTINEZ and | ) | |
| ANTHONY IAN SANTOS RUIZ | ) | |
| | ) | |

## DOCKETING STATEMENT

Chicago Tribune Company, the Chicago Sun-Times Media, Inc, and WBEZ (Chicago Public Media, Inc.) ("Media Parties") hereby submit this docketing statement pursuant to Seventh Circuit Court of Appeals Rule of Appellate Procedure 3(c).

### I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction over this matter as a criminal action arising under the laws of the United States pursuant to 28 U.S.C. § 3231.

### II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final order of the U.S. District Court for the Northern District of Illinois entered on December 19, 2025 by the Honorable Georgia N. Alexakis (ECF No. 94) denying the Media Parties' Emergency Motion for Leave to Intervene for the Purposes of Modifying the Protective Order and Gaining Immediate Access to Evidence Including Video Footage and Photographs (ECF No. 73). The Notice of Appeal was timely filed with the District Court on January 20, 2026. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

There have been no prior or related proceedings adjudicated by the Seventh Circuit raising a similar issue.

Counsel of Record is Counsel for Media Parties, Steven P. Mandell.

| | |
|---|---|
| Dated: January 20, 2026 | Respectfully submitted, |
| | CHICAGO TRIBUNE COMPANY, CHICAGO SUN-TIMES MEDIA, INC. AND WBEZ (CHICAGO PUBLIC MEDIA, INC.) |
| | By: /s/ Steven P. Mandell<br>One of their attorneys |

Steven P. Mandell, counsel of record (ARDC # 6183729)
smandell@mandellpc.com
Brian D. Saucier (ARDC # 6226006)
bsaucier@mandellpc.com
Mandell P.C.
One North Franklin, Suite 900
Chicago, IL 60606
(312) 801-6337