← **Post**

**Tricia McLaughlin** ✓
@TriciaOhio

This morning, during routine patrolling in Broadview, in the same area of Chicago that law enforcement were assaulted yesterday, our brave law enforcement officers were rammed by vehicles and boxed in by 10 cars.

Agents were unable to move their vehicles and exited the car. One of the drivers who rammed the law enforcement vehicle was armed with a semi-automatic weapon. Law enforcement was forced to deploy their weapons and fire defensive shots at an armed US citizen who drove herself to the hospital to get care for wounds.

The armed woman was named in a @CBP intelligence bulletin last week for doxing agents and posting online 'Hey to all my gang let's fuck those mother fuckers up, don't let them take anyone.'

Thankfully, no law enforcement officers were seriously injured in this attack.

Pritzker's Chicago Police Department is leaving the shooting scene and refuses to assist us in securing the area. There is a growing crowd and we are deploying special operations to control the scene.

This is an evolving situation and we will give more information as soon as it becomes available.

12:19 PM · Oct 4, 2025 · **5.2M** Views

💬 4.1K    🔁 11K    ♥ 34K    🔖 2.3K    ↥

💬 Read 4.1K replies