# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

, et al.

Defendant.

Case No.: 1:25−cr−00636
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2026:

    MINUTE entry before the Honorable Georgia N. Alexakis as to Marimar Martinez: For the reasons stated on the record, the Court grants in part and denies in part Martinez's motion to modify the Court's protective order [100]. The parties are directed to meet and confer on modifications to the existing protective order in light of the Court's ruling and submit a proposed modified protective order to the Court's proposed order inbox as expeditiously as possible. Mailed notice. ( sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.